No. 02–9837. PENDLETON *v.* PENDLETON ET AL. C. A. 7th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 02–9832. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari before judgment denied.

No. 02–1047. EDLUND *v.* BOB RYAN MOTORS, INC., 537 U. S. 1194;

No. 02–1165. STEWART *v.* UNITED STATES, *ante,* p. 908;

No. 02–7611. SHELTON *v.* ST. LOUIS COUNTY, MISSOURI, 537 U. S. 1174;

No. 02–7920. MILLER *v.* DEMARINO ET AL., 537 U. S. 1200;

No. 02–8016. BEAVERS *v.* WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, 537 U. S. 1203;

No. 02–8028. WEARING *v.* BOVIS LEND LEASE, INC., 537 U. S. 1204;

No. 02–8158. CAMPBELL *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, 537 U. S. 1209;

No. 02–8293. DEVAUGHN *v.* DOVE, WARDEN, *ante,* p. 910;

No. 02–8427. DUNN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 926;

No. 02–8439. HARRIS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 927;

No. 02–8627. NICHOLS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, *ante,* p. 931;

No. 02–8628. PEARSON *v.* PEARSON, *ante,* p. 931;

No. 02–8640. ZIEGLER *v.* MARTIN ET AL., *ante,* p. 932; and

No. 02–9031. WOODFIN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 951. Petitions for rehearing denied.

No. 02–837. ROLLESTON *v.* ESTATE OF SIMS ET AL., 537 U. S. 1189. Motion for leave to file petition for rehearing denied.